# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KENDRA KATRISE DESHAZER**
**ADC #707085**                                                                **PLAINTIFF**

**V.**               **Case No. 4:14-cv-00132 KGB/BD**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, et. al.**                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by Magistrate Judge Beth Deere (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. The Court finds that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court dismisses without prejudice plaintiff Kendra Katrise Deshazer's claims. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

SO ORDERED this 18th day of February, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE